UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| *In re*: Madeline L. DiCicco,<br>Attorney at Law, Bar No. 5934 | Case No. 2:25-ms-00052-APG<br><br>**ORDER OF SUSPENSION** |

    Attorney Madeline L. DiCicco, State Bar No. 5934, was suspended by the Supreme Court of Nevada on June 25, 2025. On July 1, 2025, I ordered Madeline L. DiCicco to show cause why this court should not impose reciprocal discipline and suspend her.. ECF No. 1. The OSC provided Madeline L. DiCicco with 30 days to respond with reasons why she should not be suspended. No response has been received. Failure to respond requires me to enter an order of suspension. Local Rule IA 11-7(e)(2).

    I THEREFORE ORDER that Madeline L. DiCicco, Bar No. 5934, is suspended from practice in United States District Court for the District of Nevada.

    DATED THIS ___13th__ day of August, 2025.

                                                    _____<br>
                                                    ANDREW P. GORDON<br>
                                                    CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 14th day of August, 2025, I caused to be served a true and correct copy of the foregoing Order to the following party via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

Madeline L. DiCicco
601 S. Rancho Drive, #C26
Las Vegas, NV 89106

Certified Mail No.: 7018 1830 0001 8797 8961

/s/ P. Rich
Deputy Clerk
United States District Court,
District of Nevada